1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

6 | LUIS SANCHEZ,                          CASE NO. 1:12-cv-00428-LJO-SKO

7 |                          Plaintiff,    **Related Cases**:
                                          No. 1:12-cv-00429-LJO-SKO
8 |                                        No. 1:12-cv-00430-LJO-SKO
   |          v.                           No. 1:12-cv-00431-LJO-SKO
9 |                                        No. 1:12-cv-00432-LJO-SKO
   |                                       No. 1:12-cv-00434-LJO-SKO
10 |                                       No. 1:12-cv-00436-LJO-SKO
   | CITY OF FRESNO, et al.,               No. 1:12-cv-00439-LJO-SKO
11 |                                       No. 1:12-cv-00448-LJO-SKO
   |                                       No. 1:12-cv-00528-LJO-SKO
12 |                          Defendants.  No. 1:12-cv-01117-LJO-SKO
   |                                       No. 1:12-cv-01118-LJO-SKO
13 |                                       No. 1:12-cv-01119-LJO-SKO
   |                                       No. 1:12-cv-01120-LJO-SKO
14 |                                       No. 1:12-cv-01121-LJO-SKO
   |                                       No. 1:12-cv-01122-LJO-SKO
15 |                                       No. 1:12-cv-01123-LJO-SKO
   |                                       No. 1:12-cv-01124-LJO-SKO
16 |                                       No. 1:12-cv-01125-LJO-SKO
   |                                       No. 1:12-cv-01126-LJO-SKO
17 |                                       No. 1:12-cv-01128-LJO-SKO
   |                                       No. 1:12-cv-01130-LJO-SKO
18 |                                       No. 1:12-cv-01132-LJO-SKO
   |                                       No. 1:12-cv-01133-LJO-SKO
19 |                                       No. 1:12-cv-01134-LJO-SKO
   |                                       No. 1:12-cv-01136-LJO-SKO
20 |                                       No. 1:12-cv-01137-LJO-SKO
   |                                       No. 1:12-cv-01138-LJO-SKO
21 |                                       No. 1:12-cv-01139-LJO-SKO
   |                                       No. 1:12-cv-01161-LJO-SKO
22 |                                       No. 1:12-cv-01162-LJO-SKO
   |                                       No. 1:12-cv-01166-LJO-SKO
23 |                                       No. 1:12-cv-01215-LJO-SKO

24
25 |                                       **ORDER CONSOLIDATING CASES**
26 | _____/

27 |        On August 1, 2012, the parties filed a stipulation indicating, *inter alia*, the parties were in

28 | agreement that the cases related to this matter should be consolidated for all pretrial purposes. Based

1  on the parties' stipulation, and because the Court finds that consolidation promotes judicial

2  efficiency, the following cases shall be consolidated pursuant to Federal Rule of Civil Procedure 42:

3    (1)    *Deen et al. v. City of Fresno, et al.*, No. 1:12-cv-00429-LJO-SKO

4    (2)    *Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-00430-LJO-SKO

5    (3)    *Idell v. City of Fresno, et al.*, No. 1:12-cv-00431-LJO-SKO

6    (4)    *Gray, et al. v. City of Fresno, et al.*, No. 1:12-cv-00432-LJO-SKO

7    (5)    *Calmer, et al. v. City of Fresno, et al.*, No. 1:12-cv-00434-LJO-SKO

8    (6)    *Graham v. City of Fresno, et al.*, No. 1:12-cv-00436-LJO-SKO

9    (7)    *Williams v. City of Fresno, et al.*, No. 1:12-cv-00439-LJO-SKO

10   (8)    *Soto v. City of Fresno, et al.*, No. 1:12-cv-00448-LJO-SKO

11   (9)    *Subia, et al. v. City of Fresno, et al.*, No. 1:12-cv-00528-LJO-SKO

12   (10)   *Anderson v. City of Fresno, et al.*, No. 1:12-cv-01117-LJO-SKO

13   (11)   *Montgomery v. City of Fresno, et al.,* No. 1:12-cv-01118-LJO-SKO

14   (12)   *Frazier v. City of Fresno, et al.,* No. 1:12-cv-01119-LJO-SKO

15   (13)   *Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-01120-LJO-SKO

16   (14)   *Randle v. City of Fresno, et al.*, No. 12-cv-01121-LJO-SKO

17   (15)   *Dorsey v. City of Fresno, et al.,* No. 1:12-cv-01122-LJO-SKO

18   (16)   *Ward v. City of Fresno, et al.*, No. 1:12-cv-01123-LJO-SKO

19   (17)   *Heager v. City of Fresno, et al.,* No. 1:12-cv-01124-LJO-SKO

20   (18)   *Jones v. City of Fresno, et al.*, 1:12-cv-01125-LJO-SKO

21   (19)   *Bufford v. City of Fresno, et al.,* 1:12-cv-01126-LJO-SKO

22   (20)   *Gray v. City of Fresno, et al.,* 1:12-cv-01128-LJO-SKO

23   (21)   *Butler v. City of Fresno*, et al., 1:12-cv-01130-LJO-SKO

24   (22)   *Lowe v. City of Fresno, et al.*, 1:12-cv-01132-LJO-SKO

25   (23)   *Brown v. City of Fresno*, et al., 1:12-cv-01133-LJO-SKO

26   (24)   *Picazo v. City of Fresno, et al.,* 1:12-cv-01134-LJO-SKO

27   (25)   *Collins v. City of Fresno, et al.*, 1:12-cv-01136-LJO-SKO

28   (26)   *Galvan v. City of Fresno, et al.*, 1:12-cv-01137-LJO-SKO

1    (27)   *Gilliam v. City of Fresno, et al.*, 1:12-cv-01138-LJO-SKO

2    (28)   *Sims v. City of Fresno, et al.*, 1:12-cv-01139-LJO-SKO

3    (29)   *Hernandez v. City of Fresno, et al.*, 1:12-cv-01161-LJO-SKO

4    (30)   *Santa Rosa et al. v. City of Fresno, et al.*, 1:12-cv-01162-LJO-SKO

5    (31)   *Hicks v. City of Fresno, et al.,* 1:12-cv-01166-LJO-SKO;

6    (32)   *Hackett v. City of Fresno, et al.*, 1:12-cv-01215-LJO-SKO

7   *Sanchez v. City of Fresno, et al.,* Case No. 1:12-cv-00428-LJO-SKO, shall be designated as the

8   "lead" case, and the remaining consolidated cases shall be administratively closed.

9           Accordingly, IT IS HEREBY ORDERED that all cases related to Case No. 1:12-cv-00428-

10  LJO-SKO, as identified above, shall be consolidated for all pretrial purposes.

12  IT IS SO ORDERED.

13  **Dated:   August 24, 2012**                    /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE